1  Robert S. Green (State Bar No. 136183)
   **GREEN WELLING LLP**
2  235 Pine Street, 15th Floor
   San Francisco, California 94104
3  Telephone: (415) 477-6700
   Facsimile: (415) 477-6710
4  Email: rsg@classcounsel.com

5  Marc A. Topaz (mtopaz@sbclasslaw.com)
   Richard A. Maniskas (rmaniskas@sbclasslaw.com)
6  **SCHIFFRIN & BARROWAY, LLP**
   280 King of Prussia Rd.
7  Radnor, PA 19087
   Telephone: (610) 667-7706
8  Facsimile: (610) 667-7056

9  Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOWARD DAVISON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SHARPER IMAGE CORPORATION, RICHARD THALHEIMER, TRACY WAN, ANTHONY FARRELL, and JEFFREY FORGAN,<br><br>Defendants. | Case No. C 05-1662 SBA<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

NOTICE OF VOLUNTARY DISMISSAL
Case No. C 05-1662 SBA

1  TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

2  NOTICE IS HEREBY GIVEN that:

3  1. Pursuant to Federal Rule of Civil Procedure 41(a)(1), Howard Davison voluntarily
4  dismisses the Complaint in this action without prejudice; and

5  2. Green Welling LLP and Schiffrin & Barroway, LLP withdraw from representation
6  of Howard Davison's interests in this action.

9  DATED: June 20, 2005

**GREEN WELLING LLP**

By: /s/ Robert S. Green
Robert S. Green

235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Marc A. Topaz
Richard A. Maniskas
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL
Case No. C 05-1662 SBA                                                                 1

## CERTIFICATE OF SERVICE

I, Kim O. Trinh, hereby declares as follows:

I am employed by Green Welling, A Limited Liability Partnership, 235 Pine Street, 15th Floor, San Francisco, California 94104. I am over the age of eighteen years and am not a party to this action. On this 20th day of June, 2005, I served the within document(s):

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**

in compliance with Civil LR 23-2, service is also made via electronic mail to a Designated Internet Site that is identified by its physical and electronic addresses set forth below.

> Securities Class Action Clearinghouse
> Stanford University School of Law
> Crown Quadrangle
> Stanford, CA 94305-8612
> **Email: jcarlos@law.stanford.edu**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed June 20, 2005, at San Francisco, California.

Kim O. Trinh

Certificate of Service